**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7287**

---

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

JASON JONES,

                                    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge; Albert V. Bryan, Jr., Senior District Judge.  (CR-95-64)

---

Submitted:  November 6, 1997        Decided:  November 25, 1997

---

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jason Jones, Appellant Pro Se.  Timothy Joseph Shea, Assistant United States Attorney, Alexandria, Virginia, for Appellee

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his "Motion for Judgment Nunc Pro Tunc." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Jones</u>, No. CR-95-64 (E.D. Va. July 11, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>